2025 BROADWAY, INC., Landlord, Respondent, *v.* MARIA WOLF et al., Tenants, Appellants.

Supreme Court, Appellate Term, First Department, November 7, 1946.

*John J. Mangini* for appellants.

*Irving S. Freedman* for respondent.

MEMORANDUM *Per Curiam.* The landlord's proofs do not show the violation of a substantial obligation of the tenancies within the meaning of paragraph (3) of subdivision (a) of section 6 of the Rent Regulation for Housing in the New York City Defense-Rental Area (8 Federal Register 13918) so as to authorize summary proceedings for removal of the tenants; and such removal would seem inconsistent with the legislative intent manifested in section 261 of the Multiple Dwelling Law. (See, also, Multiple Dwelling Law, § 260, as amd. by L. 1946, ch. 180.)

The final orders should be reversed, with $30 costs as of one appeal, and final orders directed for the tenants, with costs.

McLAUGHLIN, EDER and HECHT, JJ., concur.

Orders reversed, etc.